**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1404

JULIETTE N. FINNEY,

             Plaintiff - Appellant,

      v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

             Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:11-cv-00109-TDS-JLW)

Submitted:  November 20, 2014      Decided:  December 5, 2014

Before THACKER and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jason L. Wilson, FOLEY & WILSON PLLC, Greensboro, North
Carolina, for Appellant.  Ripley Rand, United States Attorney,
Marcelo N. Illarmo, Special Assistant United States Attorney,
Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juliette N. Finney appeals the district court's order adopting the magistrate judge's recommendation and upholding the Commissioner's denial of Finney's applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm. Finney v. Colvin, No. 1:11-cv-00109-TDS-JLW (M.D.N.C. Feb. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED